IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS
VACATION FUND, WISCONSIN LABORERS
APPRENTICESHIP AND TRAINING FUND and
JOHN J. SCHMITT (in his capacity as Trustee),

                      ORDER

             Plaintiffs,

                      14-cv-258-bbc

      v.

R.L. DAVIS CONTRACTING SERVICE, LLC
and RALPH L. DAVIS,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A hearing on plaintiffs' motion for entry of default judgment was held in this case on September 17, 2014 before United States District Judge Barbara B. Crabb.  John Brennan appeared on behalf of plaintiffs; defendant Ralph L. Davis was present in person.

     Although plaintiffs have shown their entitlement to entry of judgment, Mr. Brennan agreed to defendant Davis's request to delay entry of judgment for two weeks to allow him to make another effort to obtain a loan that will enable him to make payments on his debts to plaintiffs and also increase his contracting capability.  If by 4:30 pm, September 30, 2014, Mr. Davis has not made a payment on his debt that is satisfactory to plaintiffs, Mr. Brennan

1

is to so advise the court and judgment will be entered for plaintiffs.

Entered this 18th day of September, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2